IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISSON MOHAMMED *et al.*, <br><br> Petitioners, <br><br> v. <br><br> FRANCIS J. HARVEY *et al.*, <br><br> Respondents. | CIVIL ACTION NO. 1:06-01455 (RCL) |

**MOTION OF AZIZ HUQ FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Aziz Huq, by undersigned supporting counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Huq provides his attached declaration.

Dated: September 1, 2006

/s/ Susan L. Burke
Susan L. Burke (D.C. Cir # 414939)
BURKE PYLE LLC
4112 Station Street
Philadelphia, PA 19127
Telephone: (215) 487-6596
Facsimile: (215) 482-0874

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISSON MOHAMMED et al., | )<br>)<br>) CIVIL ACTION NO. 1:06-01455 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Petitioners, | |
| v. | |
| FRANCIS J. HARVEY et al., | |
| Respondents. | |

## DECLARATION OF AZIZ Z. HUQ

I, Aziz Huq ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission:</u> Applicant is associate counsel at the Brennan Center for Justice at New York University School of Law and requests permission to participate in this action as counsel for petitioners.

2. <u>Name and Address of Applicant's Law Firm</u>:

   Brennan Center for Justice at NYU School of Law
   161 Avenue of the Americas, 12th Floor
   New York, NY 10013
   (212) 992-8632 (tel.)
   (212) 995-4550 (fax)

3. <u>Bar Admissions:</u> Applicant is a member of the Bar of the State of New York.

4. <u>Certification of Good Standing:</u> Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court:</u> Applicant was admitted *pro hac vice* in this Court in one matter in the last two years: *Omar v. Harvey*: Civ. Action No. 05:2374 (RMU).

6. <u>Residence Outside District:</u> Applicant resides and practices law from an office outside this District, and is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing are true and correct.

Dated this 1st of September 2006.

_____
Aziz Huq

## CERTIFICATE OF SERVICE

I, Heather L. Allred, do hereby certify that on the 1st day of September 2006, I caused a true and correct copy of the foregoing Motion of Aziz Huq for Admission *Pro Hac Vice* to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated.

>   Edward H. White, Esq.
>   U.S. Department of Justice
>   Civil Division, Federal Programs Branch
>   20 Massachusetts Avenue, N.W., Room 6110
>   Washington, DC 20530

*[signature]*
Heather L. Allred