IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAISSON MOHAMMED *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-01455 (RCL) |
| FRANCIS J. HARVEY *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**ORDER ADMITTING JONATHAN HAFETZ, ESQUIRE**
*PRO HAC VICE*

Upon the motion [2] of Susan L. Burke, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby

ORDERED that Jonathan Hafetz, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel for Maisson Mohammed *et al.* in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 5, 2006.