IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISSON MOHAMMED *et al.*, | ) <br> ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | )    Civil Action No. 1:06-01455 (RCL) <br> ) |
| FRANCIS J. HARVEY *et al.*, | ) <br> ) |
| Respondents. | ) <br> ) |

**ORDER ADMITTING AZIZ HUQ, ESQUIRE**
*PRO HAC VICE*

Upon the motion [3] of Susan L. Burke, Esquire, a member in good standing of this Court, and being fully advised in the premises, it is hereby

ORDERED that Aziz Huq, Esquire, is admitted to the bar of this Court *pro hac vice* as counsel for Maisson Mohammed *et al.* in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 5, 2006.