IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAISOON MOHAMMED, *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY, *et. al.*,<br>Respondents. | )<br>)<br>)  C/A NO. 1:06-CV-01455 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### *PETITIONERS' MOTION FOR A TEMPORARY RESTRAINING ORDER PREVENTING PETITIONER MOHAMMAD MUNAF'S TRANSFER TO IRAQI AUTHORITIES*

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Petitioners hereby apply for a Temporary Restraining Order preventing Petitioner Mohammad Munaf's transfer to Iraqi authorities until this Court has had the opportunity to decide the merits of Mr. Munaf's Petition for Writ of Habeas Corpus. Support for this motion is contained in the accompanying memorandum of law.

Dated: September 8, 2006

Respectfully submitted,

_____/s/ Jonathan Hafetz_____
Jonathan Hafetz (admitted *pro hac vice*)
Aziz Z. Huq
BRENNAN CENTER FOR JUSTICE AT
NEW YORK UNIVERSITY LAW SCHOOL
161 Avenue of the Americas
12th Floor
New York, NY  10013
Telephone:    (212) 998-6730
Facsimile:    (212) 995-4550

Joseph Margulies

MACARTHUR JUSTICE CENTER,
NORTHWESTERN UNIVERSITY
SCHOOL OF LAW
357 East Chicago Avenue
Chicago, IL 60201
Telephone:   (312) 503-0890

Susan L. Burke (D.C. Bar # 414939)
BURKE PYLE LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:   (215) 487-6596
Facsimile:   (215) 482-0874

*Counsel for Petitioners*