IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISOON MOHAMMED, *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY, *et. al.*,<br>Respondents. | C/A NO. 1:06-CV-01455 (RCL) |

## [*PROPOSED*] BRIEFING ORDER

It is hereby **ORDERED** that the Respondents' opposition to Petitioners' Motion for a Temporary Restraining Order be filed on or before September 15, 2006, and that Petitioners' reply brief be filed on or before September 20, 2006.

Dated: September ___, 2006

_____
ROYCE C. LAMBERTH
United States District Judge