IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISOON MOHAMMED, *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY, *et. al.*,<br>Respondents. | C/A NO. 1:06-CV-01455 (RCL) |

## [*PROPOSED*] ORDER

It is hereby **ORDERED** that the motion for a temporary restraining order is **GRANTED**, and it is

**FURTHER ORDERED** that the respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, shall not remove Petitioner Munaf from United States or Multi-National Force-Iraq custody until Petitioner's habeas claims have been resolved.

Dated: September ___, 2006

_____
ROYCE C. LAMBERTH
United States District Judge