UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAISOON MOHAMMED,** *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-1455 (RCL) |
| ) | |
| **FRANCIS J. HARVEY,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

## BRIEFING ORDER

It is hereby **ORDERED** that the Respondents' opposition to Petitioners' Motion for a Temporary Restraining Order be filed on or before September 15, 2006, and that Petitioners' reply brief be filed on or before September 20, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 12, 2006.