# **EXHIBIT 4**

FOCUS - 1 of 2 DOCUMENTS

Copyright 2005 Agence France Presse
All Rights Reserved
Agence France Presse — English

October 17, 2005 Monday 6:37 PM GMT

**LENGTH:** 242 words

**HEADLINE:** Businessmen were behind kidnapping of Romanian journalists

**DATELINE:** BUCHAREST Oct 17

**BODY:**

A wealthy Romanian-Syrian businessman and his American-Iraqi associate are accused of organising the kidnapping of three Romanian journalists in Iraq in March, a judicial source said Monday.

The Romanian-Syrian Omar Hayssam organised the abduction with his business partner Mohamed Munaf, an American of Iraqi origin, according to extracts of an indictment detailing the charges, published by the Mediafax news agency.

The Romanian justice ministry announced it was taking steps to extradite Munaf, who is in the custody of US authorities in Iraq. Hayssam was arrested in Bucharest in May when his role in the abduction came to light.

The abduction would have allowed Hayssam to transfer large sums of money abroad at a time when he was under scrutiny for his business dealings, according to the indictment.

Hayssam contacted Munaf to prepare the abduction of Marie Jeanne Ion and Sorin Miscoci of the Prima TV channel and Ovidiu Ohanesian of the daily Romania Libera, on the ground in Iraq. He then employed a "cell specialising in abductions" in Baghdad to carry it out.

The cell later refused to release the hostages and Munaf as agreed.

The hostages were held for 55 days before being released following negotiations. No ransom was paid.

It later emerged that the hostages were held in the same place as the French journalist Florence Aubenas, who was held for five months after being abducted last January while reporting for the French daily Liberation.

**LOAD-DATE:** October 18, 2005