# EXHIBIT 5

**White, Ned (CIV)**

| | |
|---|---|
| **From:** | White, Ned (CIV) |
| **Sent:** | Thursday, August 31, 2006 3:28 PM |
| **To:** | 'j-margulies@law.northwestern.edu' |
| **Cc:** | 'jmargulies@jmrrlaw.com' |
| **Subject:** | Mohammad Munaf |

**Tracking:**

| Recipient | Read |
|---|---|
| 'j-margulies@law.northwestern.edu' | |
| 'jmargulies@jmrrlaw.com' | |
| Hunt, Jody (CIV) | Read: 8/31/2006 4:02 PM |
| Garvey, Vincent (CIV) | Read: 8/31/2006 4:02 PM |

Mr. Margulies:  I write in response to your inquiry yesterday regarding the status of Mohammad Munaf.  Mr. Munaf is currently in the physical custody of Multinational Force-Iraq, which is detaining him on behalf of the sovereign government of Iraq.
The government of Iraq already has instituted criminal proceedings against Mr. Munaf.  He has previously appeared (with the assistance of Iraqi counsel) at investigative hearings before the Central Criminal Court of Iraq (CCCI), and an Iraqi judge has referred his case for trial.  We understand that the trial is currently scheduled for September 10, 2006 (although that date is subject to postponement by the CCCI).  Mr. Munaf will remain in the physical custody of Multinational Force-Iraq throughout the proceedings before the CCCI.  Mr. Munaf would be subject to transfer to the physical custody of the government of Iraq only if he is convicted.  Even following any conviction, moreover, Mr. Munaf would not be transferred to the physical custody of Iraq until the completion of the requisite documentation authorizing transfer, which process typically takes two to three weeks to finalize.  I trust that this information addresses the concerns that prompted your inquiry.

Ned White
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: 202-514-5108
Fax: 202-318-4268