# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISOON MOHAMMED, *et. al.*,<br>Petitioners,<br><br>v.<br><br>FRANCIS J. HARVEY, *et. al.*,<br>Respondents. | CIVIL ACTION NO. 06-1455 (RCL) |

## DECLARATION OF SEAN RIORDAN

I, Sean Riordan, declare under penalty of perjury that the following statements are true and correct, to the best of my knowledge, information, and belief:

1. I am a third year student at UCLA School of Law. I am presently working for the semester as a full-time legal intern at the Brennan Center for Justice at NYU School of Law. I have conversational ability in Arabic.

2. On September 19, 2006, I spoke by telephone with Batool Mohammed ("Batool"). Batool is Mr. Munaf's sister. She lives in Baghdad and was reached by telephone.

3. Maisoon Mohammed, the sister of Batool and Mr. Munaf, joined the September 19, 2006 telephone call with Batool and helped translate between English and Arabic in order to ensure accuracy.

4. During the telephone call, Batool conveyed to me the information contained in paragraphs 5-11 of this declaration. Batool told me that she is perfectly willing to execute a declaration in her own name, but that the security situation in Baghdad is so perilous that it is not safe for her to travel to a fax machine. She told me, however, that all of the information in paragraphs 5-11 of this declaration is true and correct. Batool further stated that she obtained all of the information in paragraphs 5-11 of

this declaration from her visits with Mr. Munaf in prison and her conversations with Mr. Munaf by telephone.

5. Mr. Munaf has been held in United States custody in Iraq since May 2005, and remains in U.S. custody today.

6. During his confinement, Mr. Munaf has been threatened with torture and subjected to abuse and mistreatment in an effort to coerce statements from him.

7. For more than seven months Mr. Munaf was held in complete isolation in a small box-like cell.

8. Mr. Munaf and his family have been threatened with violence by both U.S. and Romanian officials. Officials told Mr. Munaf that if he did not confess to criminal acts that both he and his sister in Iraq would be sexually assaulted. Officials also told Mr. Munaf that if he did not confess to wrongdoing, his wife in Romania would be sexually assaulted.

9. Mr. Munaf knows that other detainees in the same prison have been beaten and tortured by officials to coerce statements.

10. Mr. Munaf has maintained and continues to maintain his innocence. Any incriminating statements that he might have made were the direct result of coercion and threats.

11. Mr. Munaf is currently scheduled for his next hearing in Iraqi criminal court on September 24, 2006. At this hearing, Mr. Munaf plans to explain the coercion and threats that he has been subjected to and his family believes he will attempt to clear his name.

Date: September 20, 2006                    _____
                                                      Sean Riordan

- 3 -