UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAISOON MOHAMMED**, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-1455 (RCL) |
| ) | |
| **FRANCIS J. HARVEY**, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

Upon consideration of petitioners' Motion for Temporary Restraining Order [6], and the Memorandum submitted in support thereof, it is hereby

ORDERED that this matter is scheduled for a hearing at 10:00 a.m. on Monday, October 2, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 28, 2006.