# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Maisoon Mohammed**, *et. al.*,<br>Petitioners,<br><br>v.<br><br>**FRANCIS J. HARVEY**, *et. al.*,<br>Respondents. | CIVIL ACTION NO. 06-1455 (RCL) |

**SECOND SUPPLEMENTAL DECLARATION OF SEAN RIORDAN**

I, Sean Riordan, declare under penalty of perjury that the following statements are true and correct, to the best of my knowledge, information, and belief:

1. I am a third year student at UCLA School of Law. I am a full-time intern at the Brennan Center for Justice at NYU. I have conversational ability in Arabic.

2. On October 16, 2006 I spoke by telephone with Batool Mohammed ("Batool"). Batool is the sister of Petitioner Mohammed Munaf ("Mr. Munaf."). She lives in Baghdad. She was reached by telephone at 011 964 1531 0802.

3. Petitioner and next friend Maisoon Mohammed, the sister of Batool and Mr. Munaf, joined today's telephone call with Batool and helped translate between English and Arabic in order to ensure accuracy.

4. During the telephone call, Batool conveyed to me all of the information contained in paragraphs 5-9 of this declaration. Batool said she is willing to execute a declaration in her own name, but authorized me to provide this declaration on her behalf because of the danger of traveling to or from a location with a fax in Baghdad. Batool affirmed that all of the information she conveyed to me is true and correct and is based on a visit with Mr. Munaf at Camp Cropper on October 15, 2006.

5. After being convicted and sentenced to death on October 12, 2006, by the Central Criminal Court in Iraq, Mr. Munaf was transferred to a windowless cell, approximately 2 meters by 2 meters in dimension, where he is kept in solitary confinement 23 hours a day. All of his clothes and personal possessions except for a Koran have been taken from him, and he has been forced to wear a yellow suit reserved for individuals sentenced to death.

6. Mr. Munaf broke down and cried upon seeing Batool and other family members. Mr. Munaf told them that for one hour each day he is released into a cage with men who are standing trial for murder. These men have threatened him and he fears that they will hurt him.

7. On several occasions since receiving his death sentence, Mr. Munaf's American custodians have performed painful searches of body cavities which humiliate and degrade him.

8. An American soldier who supervised the visit between Mr. Munaf and his family stated that all future visits and phone calls between Mr. Munaf and his family members would be prohibited. The soldier said that the only reason that the family was allowed to visit Mr. Munaf on October 15 was that the visit had been arranged prior to Mr. Munaf's death sentence.

9. Mr. Munaf's mother mailed him some nuts and other traditional food so that he could celebrate Ramadan, but Mr. Munaf's American custodians would not deliver these items to him.

Date: October 16, 2006

_____
Sean Riordan