UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAISOON MOHAMMED**, *et al.*, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> **FRANCIS J. HARVEY**, *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 06-1455 (RCL) |

## ORDER

In accordance with the Memorandum Opinion issued this date, and upon consideration of the petitioners' Petition [1] for Writ of Habeas Corpus, the Motion [6] and Supplemental Motion [12] for Temporary Restraining Order, the opposition, reply thereto, and supplemental materials, and after hearing argument and considering the applicable law and the entire record herein, it is hereby

ORDERED that petitioners' Petition [1] for Writ of Habeas Corpus is DISMISSED with prejudice for lack of subject matter jurisdiction; and it is further

ORDERED that the Motion [6] and Supplemental Motion [12] for Temporary Restraining Order are DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 19, 2006.