IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISOON MOHAMMED, *et. al.*, <br> Petitioners, <br><br> v. <br><br> FRANCIS J. HARVEY, *et. al.*, <br> Respondents. | CIVIL ACTION NO. 06-1455 <br> (RCL) |

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioners Maisoon Mohammed and Mohammed Munaf hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order dated October 19, 2006 (dkt. no. 16), dismissing Petitioners' Petition for Writ of Habeas Corpus and denying Petitioners' Motion and Supplemental Motion for Temporary Restraining Order as moot.

DATED: October 19, 2006　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　___/s/ Jonathan Hafetz___
　　　　　　　　　　　　　　　　　　　　　Jonathan Hafetz (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Aziz Z. Huq (*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　BRENNAN CENTER FOR JUSTICE AT
　　　　　　　　　　　　　　　　　　　　　NEW YORK UNIVERSITY LAW
　　　　　　　　　　　　　　　　　　　　　SCHOOL
　　　　　　　　　　　　　　　　　　　　　161 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　12th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY  10013
　　　　　　　　　　　　　　　　　　　　　Telephone:    (212) 998-6730
　　　　　　　　　　　　　　　　　　　　　Facsimile:    (212) 995-4550

　　　　　　　　　　　　　　　　　　　　　Joseph Margulies
　　　　　　　　　　　　　　　　　　　　　MACARTHUR JUSTICE CENTER,
　　　　　　　　　　　　　　　　　　　　　NORTHWESTERN UNIVERSITY
　　　　　　　　　　　　　　　　　　　　　SCHOOL OF LAW
　　　　　　　　　　　　　　　　　　　　　357 East Chicago Avenue
　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60201
　　　　　　　　　　　　　　　　　　　　　Telephone:    (312) 503-0890

　　　　　　　　　　　　　　　　　　　　　Susan L. Burke (D.C. Bar # 414939)
　　　　　　　　　　　　　　　　　　　　　BURKE PYLE LLC
　　　　　　　　　　　　　　　　　　　　　4112 Station Street
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19127
　　　　　　　　　　　　　　　　　　　　　Telephone:    (215) 487-6596
　　　　　　　　　　　　　　　　　　　　　Facsimile:    (215) 482-0874

## CERTIFICATE OF SERVCICE

I hereby certify that on this 19th day of October, 2006, I caused the foregoing Notice of Appeal to be served on the counsel listed below by electronic mail and first-class United States mail:

Edward H. White
United States Department of Justice
Civil Division, Federal Branch Program
20 Massachusetts Avenue, N.W., Room 6110
Washington, DC 20530
email: ned.white@usdoj.gov

_____
Jonathan Hafetz