IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAISOON MOHAMMED <br> MOHAMMAD MUNAF <br><br> Petitioners, <br><br> v. <br><br> PETE GEREN, *et al.* <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1455 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR RESPONDENTS**

PLEASE TAKE NOTICE that Stephen J. Buckingham, Trial Attorney, an attorney in good standing with the Maryland Bar and an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, now appears in place of Edward H. White, on behalf of the Respondents in this action.

Dated: July 28, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOSEPH H. HUNT (D.C. Bar No. 431134)
Branch Director

VINCENT M. GARVEY (D.C. Bar No. 127191)
Deputy Branch Director

*/s/ Stephen J. Buckingham*
STEPHEN J. BUCKINGHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Rm. 7119
Washington, D.C. 20530

- 2 -

(202) 514-3330
Stephen.Buckingham@usdoj.gov

*Attorneys for Defendants*