# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAISOON MOHAMMED** <br> 17961 Hanna Street <br> Melvindale, MI 48122 <br> as Next Friend of <br><br> **MOHAMMAD MUNAF,** <br> Camp Cropper, Iraq, <br><br> Petitioners, <br><br> v. <br><br> **PETE GEREN,** <br> **Secretary of the United States Army** <br> 101 Army Pentagon <br> Room 3E-506 <br> Washington, DC 20301-0101, <br><br> **REAR ADMIRAL GARLAND P. WRIGHT**, <br> **Commander,** <br> **Task Force 134, Multi-National Force-Iraq,** <br><br> **LT. COLONEL DAVID CHRISMER** <br> Camp Cropper, Iraq <br><br> Respondents. | CIVIL ACTION NO. <u>**06-1455 (RCL)**</u> <br><br> **MOTION FOR LEAVE TO FILE** <br> **AMENDED HABEAS PETITION** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Petitioner respectfully moves the Court to issue an Order directing the Clerk to file his amended petition for writ of habeas corpus. Support for this motion is contained in the accompanying memorandum of law.

2

Dated: August 5, 2008                                    Respectfully submitted,

      /s/ Jonathan Hafetz
Jonathan Hafetz (admitted *pro hac vice*)
Aziz Z. Huq
BRENNAN CENTER FOR JUSTICE AT
NEW YORK UNIVERSITY LAW
SCHOOL
161 Avenue of the Americas
12th Floor
New York, NY  10013
Telephone:     (212) 998-6730
Facsimile:     (212) 995-4550

Joseph Margulies
MACARTHUR JUSTICE CENTER,
NORTHWESTERN UNIVERSITY
SCHOOL OF LAW
357 East Chicago Avenue
Chicago, IL  60201
Telephone: (312) 503-0890

Susan L. Burke (D.C. Bar # 414939)
BURKE PYLE LLC
4112 Station Street
Philadelphia, PA 19127
Telephone: (215) 487-6596
Facsimile: (215) 482-0874