# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5324**

**September Term 2008**

06cv01455

Filed On: September 2, 2008

Mohammad Munaf and Maisoon Mohammed,
as Next Friend of Mohammad Munaf,

    Appellants

    v.

Pete Geren, Secretary of the U.S. Army, et al.,

    Appellees



UNITED S...... ...... OF APPEALS
FOR DISTRICT OF ........A CIRCUIT

FILED    SEP 2 2008

CLERK

**BEFORE:**    Sentelle, Chief Judge, and Randolph and Kavanaugh, Circuit Judges

## J U D G M E N T

    It is **ORDERED** on the court's own motion that in light of the Supreme Court's decision in <u>Munaf v. Geren</u>, 128 S. Ct. 2207 (2008), vacating this court's judgment filed April 6, 2007, this case be remanded to the district court for further proceedings consistent with the Supreme Court's opinion. The Clerk is directed to issue the mandate forthwith.

### Per Curiam

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:    9/2/08

BY: _____

ATTACHED: ___ Amending Order
            ___ Opinion
            ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/ _____
Michael C. McGrail
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk